**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LA MAR GUNN, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| WELLS FARGO & COMPANY dba | : No.  10-CV-_____ |
| WACHOVIA MORTGAGE, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF REMOVAL

Defendant Wells Fargo & Company[1] ("Wells Fargo") files this Notice of Removal

pursuant to 28 U.S.C. § 1441 based on the District Court's jurisdiction under 28 U.S.C. § 1331,

and states:

1.   Wells Fargo exercises its rights under 28 U.S.C. § 1441 to remove this civil action

from the Court of Common Pleas for New Castle County, Delaware, in which this action is now

pending under the caption, *Gunn v. Wells Fargo & Co. dba Wachovia Mortgage*, Docket

No. CPU4-10-000145 (the "State Action"), to the United States District Court for the District of

Delaware.

2.   28 U.S.C. § 1441, which establishes when an action is removable, sets forth in

relevant part:

> [A]ny civil action brought in a State court of which the district
> courts of the United States have original jurisdiction, may be
> removed by the defendant or the defendants, to the district court of
> the United States for the district and division embracing the place
> where such action is pending.

---

[1]     Named defendant Wells Fargo & Company does not do business as Wachovia Mortgage as stated in
Plaintiff's Complaint.  Plaintiff's Complaint reveals that Plaintiff obtained the loan at issue in this case from World
Savings Bank.  World Savings Bank was merged into Wachovia Mortgage, FSB.  Effective November 1, 2009,
Wachovia Mortgage, FSB was merged into Wells Fargo Bank, NA.  The Plaintiff's mis-identification of the proper
defendant in this case is not relevant to the removal of this case to federal court.

28 U.S.C. § 1441(a).

3.  Removal is proper in this case because, as outlined below, Plaintiff asserts federal claims pursuant to the Truth in Lending Act, 15 U.S.C. §§ 1601 *et seq.* ("TILA") and Federal Reserve Board Regulation Z, 12 C.F.R. § 226 ("Reg. Z").

4.  Pursuant to 28 U.S.C. § 1446(a), Wells Fargo has attached as Exhibit "A" to this Notice of Removal Plaintiff's Complaint For Declaratory Judgment ("Complaint") filed on or about January 7, 2010.

5.  A copy of the Complaint was first received by Wells Fargo on January 7, 2010.

6.  In conclusory terms, Plaintiff's Complaint alleges that Wells Fargo violated TILA and Reg. Z in connection with a loan secured by a mortgage on Plaintiff's residence located at 201 Cornwell Drive, Bear, Delaware 19701.

7.  Accordingly, the Court has original jurisdiction over this action because Plaintiff's TILA and Reg. Z claims arise under federal law and this case is removable as a matter of law.

8.  Because this Court has jurisdiction under 28 U.S.C. § 1331, this action may be removed to this Court without regard to the citizenship or residency of the parties or the amount in controversy.

9.  28 U.S.C. § 1446 sets forth, in pertinent part:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .

28 U.S.C. § 1446(b).

SL1 975673v1/000000.00000

10.  This Notice of Removal is being filed within thirty days of receipt of the Complaint by Wells Fargo (January 7, 2010), which was the initial pleading setting forth the basis for the Court's jurisdiction.[2]

11.  Plaintiff has been provided with written notice of the filing of this removal, as provided by 28 U.S.C. § 1446(d), as evidenced by the attached Certificate of Service.

12.  Wells Fargo will cause to be filed with the Court of Common Pleas for New Castle County, Delaware, a copy of this Notice of Removal, as provided by 28 U.S.C. § 1446(b), promptly after filing in this Court.

WHEREFORE, defendant Wells Fargo & Company respectfully requests that this action be removed from the Court of Common Pleas, New Castle County, Delaware to this Court in accordance with 28 U.S.C. § 1441.

Dated:  January 27, 2010

STEVENS & LEE

By: /s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
302.654.5180
Fax: 302.654.5181
jhh@stevenslee.com

*Attorneys for Defendant Wells Fargo & Company*

---

[2]    The attached Complaint is the initial, and only, pleading Wells Fargo has ever received in this action.

3